KATHLEEN A. LEAVITT  
CHAPTER 13 STANDING TRUSTEE  
201 Las Vegas Blvd South  
Suite 200  
Las Vegas, NV  89101  
(702) 853-0700  

E-FILED: 06/05/2009

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>KENNETH FREDRICK MARTIN  II<br>TIA MARIE MARTIN<br><br>**Debtors** | CHAPTER 13<br>CASE NO: BKS-08-16182-BAM<br><br>**TRUSTEE'S DIRECTIVE** |

This is an important directive from the Trustee requiring your immediate attention.  It must be read CAREFULLY, UNDERSTOOD AND COMPLIED WITH.  If you DO NOT UNDERSTAND your obligations hereunder, discuss this matter with your attorney.  Please be advised that a copy of this directive will be sent to your attorney.  You are required to provide to the Trustee the following:

**Turnover to Trustee the 2008 tax refund in the amount of $3,444.00.**

It is necessary that you provide to the Trustee a copy of your tax return immediately upon filing and any tax refund. The Trustee will calendar this for 15 days from date listed below.   YOUR ACTION WITHIN THE TIME STATED IS IMPERATIVE.

The Bankruptcy Code (11 U.S.C. 521) (3) requires that you cooperate with the Trustee.  If you fail to comply with this directive or if you provide incomplete or inaccurate information, the Trustee will be required to petition the Court to have your case dismissed and/or to impose sanctions (costs) against you.

ALL CORRESPONDENCE MUST BE MAILED TO:         201 Las Vegas Blvd South  
                                                Suite 200  
                                                Las Vegas, NV  89101

Dated: 6/5/2009

/s/ Kathleen A. Leavitt  
_____  
Kathleen A. Leavitt  
Chapter 13 Trustee

cg